## MOTION AND PROCEDURAL RULINGS

**2010–0367. State ex rel. LetOhioVote.org v. Brunner.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration thereof,

It is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct. Prac. R. 10.6:

The respondent shall file an answer to the complaint within seven days of the date of this entry. The parties shall file any evidence they intend to present within ten days of the date of this entry; relators shall file a brief within five days of the filing of the evidence; respondent shall file a brief within ten days after the filing of relators' brief; and relators may file a reply brief within five days after filing of respondent's brief.

Pursuant to S.Ct.Prac.R. 10.6, the issuance of this alternative writ stays the proceedings that relator seeks to prohibit until there is a final determination by the court.

## CASE ANNOUNCEMENTS

*March 3, 2010*

[Cite as *03/03/2010 Case Announcements*, 2010-Ohio-670.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2063. [State ex rel.] Pawlowski v. Toledo Police Div.**

In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2141. State ex rel. Sultaana v. Fidelity Invests.**

Hamilton App. No. C–090575. On motion to dismiss. Motion to dismiss granted. Notice of appeal was not timely filed. S.Ct.Prac.R. 2.2(A)(1)(a). Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2285. State ex rel. Lucky v. Court of Appeals, Fifth Appellate Dist.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2297. State ex rel. Smith v. Nabakowski.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur. Lanzinger, J., dissents and would grant the writ.

**2009–2337. State ex rel. Hawk v. Athens Cty. Common Pleas Clerk of Court.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2344. State ex rel. Brown v. Timmerman–Cooper.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Motion for temporary restraining order and/or preliminary injunction hearing denied as moot. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2009–2354. State ex rel. Cook v. Terry.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0278.  Perry v. Karnes.**
In Habeas Corpus. On emergency petition for writ of habeas corpus of Carmella Perry. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2006–1259.  State ex rel. Coles v. Granville.**
In Mandamus. On motions for contempt and for leave to file a supplement to the appendix of the motion for contempt. Motion for contempt denied. Motion for leave to file a supplement to the appendix of the motion for contempt denied as moot.

O'DONNELL, J., not participating.

**2009–0918.  State ex rel. FedEx Ground Package Sys., Inc. v. Indus. Comm.**
Franklin App. No. 07AP–959, 182 Ohio App.3d 152, 2009-Ohio-1708. On request for oral argument. Request denied.

**2009–1497.  Torrance v. Bealer.**
In Mandamus and Prohibition. On motion for sanctions for frivolous action pursuant to S.Ct.Prac.R. 14.5(A). Motion granted to the following extent: Respondents are awarded attorney fees in the amount of $10,137.

**2009–1547.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 07–1080–GA–AIR and 07–1081–GA–ALT. On motion for stay of execution. Motion denied.

**2010–0015.  State v. Notestine.**
Ottawa App. No. OT–08–038, 2009-Ohio-3220. On motion for leave to file delayed appeal. Motion granted.

LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–0022.  State v. Canty.**
Mahoning App. No. 08–MA–156, 2009-Ohio-6161. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and O'DONNELL, JJ., dissent.

**2010–0023.  State v. Russell.**
Trumbull App. No. 2008–T–0074, 2009-Ohio-5213. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–2078, *State v. Russell*, Trumbull App. No. 2008–T–0074, 2009-Ohio-5213; and briefing schedule stayed.

**2010–0024.  Westfield Ins. Co. v. Hunter.**
Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed December 8, 2009:

"When construing an insurance policy exclusion, does an injury 'arise out' of a premises only if some dangerous condition exists on the premises that caused or contributed to the injury, or must the injury only originate in or have a causal connection with the premises?"

The conflict case is *Am. States Ins. Co. v. Guillermin* (1995), 108 Ohio App.3d 547, 671 N.E.2d 317.

Sua sponte, cause consolidated with 2009–2214, *Westfield Ins. Co. v. Hunter*, Butler App. Nos. CA2009–05–134 and CA2009–06–157, 2009-Ohio-5642.

**2010–0033.  State v. Myler.**
Cuyahoga App. No. 93670. On motion for leave to file delayed appeal. Motion denied.